UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-cv-14162-ROSENBERG/MAYNARD

JAMES P. CROCKER,

    Plaintiff,

vs.

DEPUTY SHERIFF STEVEN ERIC
BEATTY, in his individual capacity,

    Defendant.
_____/

Do you find from a preponderance of the evidence:

1. That Defendant Beatty held an objectively reasonable belief that the photographs and videos on Mr. Crocker's iPhone were evidence of a crime and that the destruction of this evidence was imminent?

    Answer Yes or No    __No__

Please proceed to Question 2.

2. That Deputy Beatty's conduct caused Mr. Crocker's damages?

    Answer Yes or No    __Yes__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

1



3a. That Mr. Crocker should be awarded compensatory damages against Deputy Beatty?

        Answer Yes or No     Yes

   If your answer is "Yes," in what amount?    $1000.00

– OR –

3b. That Mr. Crocker should be awarded nominal damages against Deputy Beatty?

        Answer Yes or No     _____

   If your answer is "Yes," in what amount?    $_____

4. That punitive damages should be assessed against Deputy Beatty?

        Answer Yes or No     No

   If your answer is "Yes," in what amount?    $_____

SO SAY WE ALL.

_[signature]_
Foreperson's Signature

DATE: 10/3/2018