UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-cv-14162 -ROSENBERG/MAYNARD

JAMES P. CROCKER,

Plaintiff,

v.

DEPUTY SHERIFF STEVEN ERIC BEATTY, et al.,

Defendant.

## FINAL JUDGMENT

Pursuant to the jury verdict returned on October 3, 2018, **FINAL JUDGMENT** is hereby entered in favor of Plaintiff, JAMES P. CROCKER and against Defendant, DEPUTY STEVEN ERIC BEATTY. It is further

**ORDERED AND ADJUDGED** that Plaintiff JAMES P. CROCKER recover from Defendant DEPUTY STEVEN ERIC BEATTY, One Thousand Dollars ($1,000.00), with post judgment interest at the rate of 2.18%. It is further

**ORDERED AND ADJUDGED** that this Court reserves jurisdiction to determine entitlement to recover costs and attorney's fees, and the amount, if any, of such costs and attorney's fees.

**DONE AND ORDERED**, in Chambers in West Palm Beach, Florida, this 11th day of October, 2018.

Copies furnished to Counsel of Record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE