**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:16-CV-14162-ROSENBERG/MAYNARD**

JAMES P. CROCKER,

   Plaintiff,

v.

DEPUTY SHERIFF STEVEN ERC BEATTY, et al.,

   Defendants.

_____/

**FINAL JUDGMENT IN FAVOR OF DEFENDANT**

     Pursuant to Federal Rule of Civil Procedure 56 and 58, and in accordance with the reasons stated in the Court's Order Granting in Part and Denying in Part Defendant Beatty's Motion for Summary Judgment and Granting Defendant Snyder's Motion for Summary Judgment, DE 176, and the Court's Order Denying Plaintiff's Motion for Reconsideration, DE 296, it is therefore

     **ORDERED AND ADJUDGED** that final judgment is entered in favor of Defendant, SHERIFF WILLIAM SNYDER against Plaintiff JAMES P. CROCKER.

     **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 18th day of January, 2019.

_/s/ Robin L. Rosenberg_
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record